# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC Inc.,<br><br>Plaintiff,<br>vs.<br><br>Central Products, LLC dba Central Restaurant Products,<br><br>Defendant. | Adv. No. 25-51546 |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on November 13, 2025, via

[X]   Electronic mail, addressed to:

<u>Counsel for Defendant,</u>
Christopher Combest, Esq.
QUARLES & BRADY LLP
Email: christopher.combest@quarles.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 13, 2025            */s/ Jean Esslinger*
                                                        Jean Esslinger
                                                        ASK LLP
                                                        2600 Eagan Woods Drive, Suite 400
                                                        Saint Paul, MN 55121